IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:12-00105 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| ANTONIO MENDEZ-RIOS | ) | |

**JOINT MOTION TO SET SENTENCING HEARING**

Comes now the United States of America by and through the United States Attorney for the Middle District of Tennessee and respectfully moves the Court to set this matter for a sentencing hearing at a time convenient to the Court.

Counsel for the United States and counsel for the defendant both are available at any time on Friday, February 8, 2013, except between 3:00 and 3:30 p.m. when counsel for the United States has another matter set before the Court. Counsel for the United States and counsel for the defendant also are available at any time on Monday, February 11, 2013.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee


BY s/ Byron M. Jones
Byron M. Jones
Assistant U. S. Attorney
110 9th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151